Russell Brown
CHAPTER 13 TRUSTEE
Suite 800
3838 North Central Avenue
Phoenix, Arizona  85012-1965
Phone: 602.277.8996
Fax: 602.253.8346
Email: *mail@ch13bk.com*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| **DENNIS W KNUDSON,** and **WILMA J KNUDSON,** 13254 NORTH 76TH PLACE SCOTTSDALE, AZ 85260 Debtors. | (xxx-xx-8428) (xxx-xx-8452) | Chapter 13 Case No. 2-10-bk-00181 RJH **TRUSTEE'S NOTICE OF ALLOWED CLAIMS AND POST-CONFIRMATION REPORT ON CHAPTER 13 PLAN, CLAIMS AND DEBTS** |

**Claims and Debts.**  This Notice provides information on the Chapter 13 plan, debts scheduled, and claims filed.  A proof of claim is deemed allowed unless the Court sustains an objection to the claim.   The deadline for nongovernmental entities to file a claim was 05/18/2010 and the deadline for governmental entities to file a claim was 07/05/2010.  **If you file an unsecured proof of claim after the applicable bar date, the Trustee likely will file an objection to it.**

This Notice provides no statement or opinion as to whether a debt might be dischargeable or if the plan contains such language.  **If you disagree with the Trustee's representation of your claim or debt, or how it is classified, then contact the Trustee's office in <u>writing</u> (by mail, fax or email), or within 25 days from the date below file an appropriate motion with the Bankruptcy Court.**  If an attorney is representing the Debtors, the attorney's contact information is shown below in the claims list.

**Plan Confirmation.**  The Court confirmed the Chapter 13 plan on 09/16/2011 and the Trustee expects to begin disbursements under the plan within 30 days from the date of this Notice.  As of the date of this report, the amount due from the Debtors is $10,650.00  and the amount paid by the Debtors is $16,731.00.  Total plan funding by plan payments is to be $65,250.00, **but this amount might not include additional monies required to be paid in, such as tax refunds or nonexempt monies**.  Generally the first plan payment was due 30 days after the petition date, or 02/04/2010.  The plan payment schedule is as follows:

| Month | | Month | Monthly Amount | | Total |
|---|---|---|---|---|---|
| 1 | - | 18 | $440.00 | $ | 7,920.00 |
| 19 | - | 60 | $1,365.00 | $ | 57,330.00 |
| | | | Plus Additional Amount to Pay: | $ | 6,611.00 |
| | | | Plan Base Amount: | $ | 71,861.00 |
| | | | Amount Left to Pay: | $ | 55,130.00 |

The Chapter 13 plan is a base or pot plan.  Creditors secured by personal property will be paid per the confirmed plan and not necessarily the amount stated in a proof of claim.  The interest rate to be paid on secured claims is derived from what is in the confirmed plan or the order confirming plan.  The amount to be paid to allowed unsecured nonpriority claims depends on the amount to be paid to higher classes of claims, the length of the plan, the best interests of creditors test, disposable income, and whether the plan payments are timely paid.  11 U.S.C. Sections 1322, 1325.  Refer to the Analysis attached to the Chapter 13 plan on file with the Court, and previously mailed to you, for an estimated amount to be paid to all allowed unsecured, nonpriority claims.

**Payment on Claims.**  Generally, the Trustee will pay claims in ascending order of the Payment Sequence number as stated in the following listing of the claims filed with the Court or debts scheduled, grouped by Payment Sequence number.  Claim numbers of 100 or less are for creditors who have filed a proof of claim with the Court.  A claim number of 200 or greater is assigned by the Trustee for creditors who filed no claim, but the creditor information was provided by the Schedules and mailing list of the Debtors, or for whom the debt is to be paid direct by the Debtors. For creditors scheduled by the Debtors but who fail to file a proof of claim, the Trustee assigns a Claim Number of 200 or greater.  **Creditors given a Claim Number of 200 or greater, or a Payment Sequence number of 34 or greater, the Trustee expects to make no distribution to those creditors.**

| PAYMENT SEQUENCE | Claim No. | Creditor | | |
|---|---|---|---|---|
| **00** | | | | |
| 00 | | **RUSSELL BROWN, TRUSTEE** | Trustee Fee: | $ 6,525.00 |
| | | The trustee's fee is calculated at the maximum rate of 10% of the plan payments. The actual amount could be less due to changes in the percentage fee over the life of the Plan. | | |
| | | CHAPTER 13 TRUSTEE<br>3838 NORTH CENTRAL AVENUE, SUITE 800<br>PHOENIX, AZ 85012-1906<br>(602) 277-8996<br>mail@ch13bk.com | | |
| **13** | | | | |
| 13 | Atty | **MARK D. WESBROOKS** | Amount: | $ 3,900.00 |
| | | THE WESBROOKS LAW FIRM, P.L.L.<br>15396 N. 83RD AVE., STE. C-100<br>PEORIA, AZ 85381-<br>(602) 262-0390<br>mwesbrooks@gmail.com; wesbrooksefax@gmail.com | Claim Type: | Legal/Administrative |
| **21** | | | | |
| 21 | 007 | **M & I MARSHALL & ILSLEY BANK** | Claim Amount: | $ 392.38 |
| | | ATTN.: BRK-180-RC<br>770 N. WATER ST. / MTG. DEFAULT<br>MILWAUKEE, WI 53202-3593<br>(866) 473-4333 | Claim Type:<br>Interest Rate:<br>Adequate Protection Payment Monthly Amount:<br>Last Four Digits of Account Number:<br>Description:<br>Date Claim Filed: | Secured<br>0.00 %<br>$ 0.00<br>6588<br>ARREARS<br>02/05/2010 |
| **24** | | | | |
| 24 | 008 | **SANTANDER CONSUMER** | Claim Amount: | $ 11,206.00 |
| | | P.O. BOX 560284<br>BKCY DEPT<br>DALLAS, TX 75356-0284<br>(800) 587-4230 | Claim Type:<br>Interest Rate:<br>Adequate Protection Payment Monthly Amount:<br>Last Four Digits of Account Number:<br>Description:<br>Date Claim Filed: | Secured<br>7.00 %<br>$ 98.00<br>9847<br>2008 CHEVROLET HHR<br>02/06/2010 |
| **25** | | | | |
| 25 | 001 | **ARIZONA DEPARTMENT OF REVENUE** | Claim Amount: | $ 12,141.37 |
| | | 1275 W. WASHINGTON, TAX SECT.<br>ARIZ ATTY GENERAL/BKCY & COLL.<br>PHOENIX, AZ 85007-<br>(602) 542-8382 | Claim Type:<br>Interest Rate:<br>Adequate Protection Payment Monthly Amount:<br>Last Four Digits of Account Number:<br>Description:<br>Date Claim Filed: | Unsecured Priority<br>0.00 %<br>$ 0.00<br>XXX-XX-8428 / XXX<br>07-09 TAXES   TPT  20462051/20353532<br>01/12/2010 |
| 25 | 014 | **IRS** | Claim Amount: | $ 27,509.31 |
| | | P.O. BOX 7317<br>CENTRALIZED INSOLVENCY OPERATION<br>PHILADELPHIA, PA 19101-7317<br>(215) 516-6180 | Claim Type:<br>Interest Rate:<br>Adequate Protection Payment Monthly Amount:<br>Last Four Digits of Account Number:<br>Description:<br>Date Claim Filed: | Unsecured Priority<br>0.00 %<br>$ 0.00<br>XXX-XX-8452<br>07-09 TAXES<br>03/29/2010 |
| **33** | | | | |
| 33 | 001 | **ARIZONA DEPARTMENT OF REVENUE** | Claim Amount: | $ 34.70 |

| PAYMENT SEQUENCE | Claim No. | Creditor | | |
|---|---|---|---|---|
| | | 1275 W. WASHINGTON, TAX SECT.<br>ARIZ ATTY GENERAL/BKCY & COLL.<br>PHOENIX, AZ 85007-<br>(602) 542-8382 | Claim Type:<br>Interest Rate:<br>Adequate Protection Payment Monthly Amount:<br>Last Four Digits of Account Number:<br>Date Claim Filed: | Unsecured<br>0.00 %<br>$ 0.00<br>XXX-XX-8428 / XXX<br>01/12/2010 |
| 33 | 003 | **M & I MARSHALL & ILSLEY BANK**<br>ATTN.: BRK-180-RC<br>770 N. WATER ST. / MTG. DEFAULT<br>MILWAUKEE, WI 53202-3593<br>(866) 473-4333 | Claim Amount:<br>Claim Type:<br>Interest Rate:<br>Adequate Protection Payment Monthly Amount:<br>Last Four Digits of Account Number:<br>Description:<br>Date Claim Filed: | $ 63,047.53<br>Unsecured<br>0.00 %<br>$ 0.00<br>0905<br>DEFICIENCY BALANCE AFTER FORCLOSURE<br>02/02/2010 |
| 33 | 004 | **M & I MARSHALL & ILSLEY BANK**<br>ATTN.: BRK-180-RC<br>770 N. WATER ST. / MTG. DEFAULT<br>MILWAUKEE, WI 53202-3593<br>(866) 473-4333 | Claim Amount:<br>Claim Type:<br>Interest Rate:<br>Adequate Protection Payment Monthly Amount:<br>Last Four Digits of Account Number:<br>Description:<br>Date Claim Filed: | $ 63,072.71<br>Unsecured<br>0.00 %<br>$ 0.00<br>9959<br>DEFICIENCY BALANCE AFTER FORCLOSURE<br>02/02/2010 |
| 33 | 005 | **M & I MARSHALL & ILSLEY BANK**<br>ATTN.: BRK-180-RC<br>770 N. WATER ST. / MTG. DEFAULT<br>MILWAUKEE, WI 53202-3593<br>(866) 473-4333 | Claim Amount:<br>Claim Type:<br>Interest Rate:<br>Adequate Protection Payment Monthly Amount:<br>Last Four Digits of Account Number:<br>Description:<br>Date Claim Filed: | $ 46,292.25<br>Unsecured<br>0.00 %<br>$ 0.00<br>7422<br>FORCLOSURE DEFICIENCY<br>02/05/2010 |
| 33 | 008 | **SANTANDER CONSUMER**<br>P.O. BOX 560284<br>BKCY DEPT<br>DALLAS, TX 75356-0284<br>(800) 587-4230 | Claim Amount:<br>Claim Type:<br>Interest Rate:<br>Adequate Protection Payment Monthly Amount:<br>Last Four Digits of Account Number:<br>Date Claim Filed: | $ 106.16<br>Unsecured<br>0.00 %<br>$ 0.00<br>9847<br>02/06/2010 |
| 33 | 010 | **CAPITAL ONE BANK USA**<br>% AMERICAN INFOSOURCE<br>P.O. BOX 71083<br>CHARLOTTE, NC 28272-1083<br>(866) 312-1894 | Claim Amount:<br>Claim Type:<br>Interest Rate:<br>Adequate Protection Payment Monthly Amount:<br>Last Four Digits of Account Number:<br>Date Claim Filed: | $ 3,458.60<br>Unsecured<br>0.00 %<br>$ 0.00<br>5301<br>03/04/2010 |
| 33 | 011 | **PORTFOLIO RECOVERY ASSOCIATES LLC (PRA)**<br>P.O. BOX 12914 / BKCY PAYMENTS<br>120 CORPORATE BLVD., STE. 100<br>NORFOLK, VA 23541-<br>(800) 317-0023 | Claim Amount:<br>Claim Type:<br>Interest Rate:<br>Adequate Protection Payment Monthly Amount:<br>Last Four Digits of Account Number:<br>Description:<br>Date Claim Filed: | $ 22,840.39<br>Unsecured<br>0.00 %<br>$ 0.00<br>2822<br>CITIBANK<br>03/10/2010 |
| 33 | 012 | **AMERICAN INFOSOURCE LP**<br>P.O. BOX 248897<br>AGENT FOR MIDLAND FUNDING - MULTI CREDS<br>OKLAHOMA CITY, OK 73124-8897<br>(877) 319-0216 | Claim Amount:<br>Claim Type:<br>Interest Rate:<br>Adequate Protection Payment Monthly Amount:<br>Last Four Digits of Account Number:<br>Description:<br>Date Claim Filed: | $ 8,357.30<br>Unsecured<br>0.00 %<br>$ 0.00<br>4387<br>FIA CARD<br>03/22/2010 |
| 33 | 013 | **ECAST SETTLEMENT CORPORATION** | Claim Amount: | $ 12,020.05 |

| PAYMENT SEQUENCE | Claim No. | Creditor | | |
|---|---|---|---|---|
| | | P.O. BOX 29262<br>NEW YORK, NY 10087-9262<br>(610) 644-7800 | Claim Type:<br>Interest Rate:<br>Adequate Protection Payment Monthly Amount:<br>Last Four Digits of Account Number:<br>Description:<br>Date Claim Filed: | Unsecured<br>0.00 %<br>$ 0.00<br>4823<br>FIA CARD<br>03/22/2010 |
| 33 | 015 | **PORTFOLIO RECOVERY ASSOCIATES LLC (PRA)**<br>P.O. BOX 12914 / BKCY PAYMENTS<br>120 CORPORATE BLVD., STE. 100<br>NORFOLK, VA 23541-<br>(800) 317-0023 | Claim Amount:<br>Claim Type:<br>Interest Rate:<br>Adequate Protection Payment Monthly Amount:<br>Last Four Digits of Account Number:<br>Description:<br>Date Claim Filed: | $ 593.08<br>Unsecured<br>0.00 %<br>$ 0.00<br>5803<br>SEARS GOLD MC<br>04/08/2010 |
| 33 | 016 | **PORTFOLIO RECOVERY ASSOCIATES LLC (PRA)**<br>P.O. BOX 12914 / BKCY PAYMENTS<br>120 CORPORATE BLVD., STE. 100<br>NORFOLK, VA 23541-<br>(800) 317-0023 | Claim Amount:<br>Claim Type:<br>Interest Rate:<br>Adequate Protection Payment Monthly Amount:<br>Last Four Digits of Account Number:<br>Description:<br>Date Claim Filed: | $ 933.60<br>Unsecured<br>0.00 %<br>$ 0.00<br>5665<br>CITIBANK/ PRISM CO-BRAND NEW<br>04/19/2010 |
| **34** | | *(The Trustee expects no distributions to creditors or on debts with a Payment Sequence number of 34 or greater.)* | | |
| 34 | 002 | **CITIBANK N.A.**<br>P.O. BOX 6941<br>THE LAKES, NV 88901-6941<br>(866) 613-5636 | Scheduled Amount:<br>Scheduled Type:<br>Interest Rate:<br>Adequate Protection Payment Monthly Amount:<br>Last Four Digits of Account Number:<br>Claim Status: | $ 0.00<br>Secured<br>0.00 %<br>$ 0.00<br>3022<br>Direct |
| 34 | 006 | **M & I MARSHALL & ILSLEY BANK**<br>ATTN.: BRK-180-RC<br>770 N. WATER ST. / MTG. DEFAULT<br>MILWAUKEE, WI 53202-3593<br>(866) 473-4333 | Scheduled Amount:<br>Scheduled Type:<br>Interest Rate:<br>Adequate Protection Payment Monthly Amount:<br>Last Four Digits of Account Number:<br>Claim Status: | $ 0.00<br>Secured<br>0.00 %<br>$ 0.00<br>2855<br>Stay Lifted/Modified |
| 34 | 009 | **HSBC BANK NEVADA**<br>% BASS & ASSOCIATES, PC<br>3936 E. FT. LOWELL, STE. 200<br>TUCSON, AZ 85712-<br>(520) 577-1544 | Scheduled Amount:<br>Scheduled Type:<br>Interest Rate:<br>Adequate Protection Payment Monthly Amount:<br>Last Four Digits of Account Number:<br>Description:<br>Claim Status: | $ 0.00<br>Secured<br>0.00 %<br>$ 0.00<br>5466<br>POLARIS<br>Collateral Surrendered |
| 34 | 017 | **HSBC BANK NEVADA**<br>% BASS & ASSOCIATES, PC<br>3936 E. FT. LOWELL, STE. 200<br>TUCSON, AZ 85712-<br>(520) 577-1544 | Scheduled Amount:<br>Scheduled Type:<br>Interest Rate:<br>Adequate Protection Payment Monthly Amount:<br>Last Four Digits of Account Number:<br>Description:<br>Claim Status: | $ 0.00<br>Secured<br>0.00 %<br>$ 0.00<br>0502<br>06 KAWASAKI<br>Collateral Surrendered |
| 34 | 200 | **WELLS FARGO HM MORTGAGE**<br>8480 STAGECOACH CIRCLE<br>FREDERICK, MD 21701- | Scheduled Amount:<br>Scheduled Type:<br>Interest Rate:<br>Adequate Protection Payment Monthly Amount:<br>Last Four Digits of Account Number:<br>Description:<br>Claim Status: | $ 0.00<br>Secured<br>0.00 %<br>$ 0.00<br>7080<br>UNFILED CLAIM/NOTICE ONLY<br>Claim Not Filed |

| PAYMENT SEQUENCE | Claim No. | Creditor | Details |
|---|---|---|---|
| 34 | 201 | **AMEX**<br>P.O. BOX 297871<br>FT. LAUDERDALE, FL 33329- | Scheduled Amount: $ 0.00<br>Scheduled Type: Unsecured<br>Interest Rate: 0.00 %<br>Adequate Protection Payment Monthly Amount: $ 0.00<br>Last Four Digits of Account Number: 0387<br>Description: UNFILED CLAIM/NOTICE ONLY<br>Claim Status: Claim Not Filed |
| 34 | 202 | **BALLY TOTAL FITNESS**<br>12440 E. IMPERIL HWY.<br>NORWALK, CA 90650- | Scheduled Amount: $ 0.00<br>Scheduled Type: Unsecured<br>Interest Rate: 0.00 %<br>Adequate Protection Payment Monthly Amount: $ 0.00<br>Last Four Digits of Account Number: 3008<br>Description: UNFILED CLAIM/NOTICE ONLY<br>Claim Status: Claim Not Filed |
| 34 | 203 | **BANK OF AMERICA**<br>201 N TRYON ST<br>CHARLOTTE, NC 28202- | Scheduled Amount: $ 0.00<br>Scheduled Type: Unsecured<br>Interest Rate: 0.00 %<br>Adequate Protection Payment Monthly Amount: $ 0.00<br>Last Four Digits of Account Number: 6501<br>Description: UNFILED CLAIM/NOTICE ONLY<br>Claim Status: Claim Not Filed |
| 34 | 204 | **CIT/LEASE**<br>233 N. MICHIGAN AVE., #1800<br>CHICAGO, IL 60601- | Scheduled Amount: $ 0.00<br>Scheduled Type: Unsecured<br>Interest Rate: 0.00 %<br>Adequate Protection Payment Monthly Amount: $ 0.00<br>Last Four Digits of Account Number: 1048<br>Description: UNFILED CLAIM/NOTICE ONLY<br>Claim Status: Claim Not Filed |
| 34 | 205 | **CITIBANK NA**<br>P.O. BOX 769004<br>SAN ANTONIO, TX 78245-9004 | Scheduled Amount: $ 0.00<br>Scheduled Type: Unsecured<br>Interest Rate: 0.00 %<br>Adequate Protection Payment Monthly Amount: $ 0.00<br>Last Four Digits of Account Number: 2710<br>Description: UNFILED CLAIM/NOTICE ONLY<br>Claim Status: Claim Not Filed |
| 34 | 206 | **DAN VOJACEK**<br>BUDGET SIGNS<br>2535 EAST INDIAN SCHOOL ROAD<br>PHOENIX, AZ 85016- | Scheduled Amount: $ 0.00<br>Scheduled Type: Unsecured<br>Interest Rate: 0.00 %<br>Adequate Protection Payment Monthly Amount: $ 0.00<br>Last Four Digits of Account Number:<br>Description: UNFILED CLAIM/NOTICE ONLY<br>Claim Status: Claim Not Filed |
| 34 | 207 | **DESERT SCHOOLS FEDERAL CREDIT UNION**<br>P.O. BOX 2945<br>PHOENIX, AZ 85062- | Scheduled Amount: $ 0.00<br>Scheduled Type: Unsecured<br>Interest Rate: 0.00 %<br>Adequate Protection Payment Monthly Amount: $ 0.00<br>Last Four Digits of Account Number: 1432<br>Description: UNFILED CLAIM/NOTICE ONLY<br>Claim Status: Claim Not Filed |
| 34 | 208 | **DESERT SCHOOLS FEDERAL CREDIT UNION**<br>P.O. BOX 2945<br>PHOENIX, AZ 85062- | Scheduled Amount: $ 0.00<br>Scheduled Type: Unsecured<br>Interest Rate: 0.00 %<br>Adequate Protection Payment Monthly Amount: $ 0.00<br>Last Four Digits of Account Number: 1432 |

| PAYMENT SEQUENCE | Claim No. | Creditor | | |
|---|---|---|---|---|
| | | | Description: | UNFILED CLAIM/NOTICE ONLY |
| | | | Claim Status: | Claim Not Filed |
| 34 | 209 | **DESERT SCHOOLS FEDERAL CREDIT UNION** P.O. BOX 2945 PHOENIX, AZ 85062- | Scheduled Amount: Scheduled Type: Interest Rate: Adequate Protection Payment Monthly Amount: Last Four Digits of Account Number: Description: Claim Status: | $ 0.00 Unsecured 0.00 % $ 0.00 2014 UNFILED CLAIM/NOTICE ONLY Claim Not Filed |
| 34 | 210 | **FIA CSNA** P.O. BOX 17054 WILMINGTON, DE 19884- | Scheduled Amount: Scheduled Type: Interest Rate: Adequate Protection Payment Monthly Amount: Last Four Digits of Account Number: Description: Claim Status: | $ 0.00 Unsecured 0.00 % $ 0.00 8953 UNFILED CLAIM/NOTICE ONLY Claim Not Filed |
| 34 | 211 | **GEMB/NAPA** P.O. BOX 981439 EL PASO, TX 79998- | Scheduled Amount: Scheduled Type: Interest Rate: Adequate Protection Payment Monthly Amount: Last Four Digits of Account Number: Description: Claim Status: | $ 0.00 Unsecured 0.00 % $ 0.00 6019 UNFILED CLAIM/NOTICE ONLY Claim Not Filed |
| 34 | 212 | **GREG ANGUS** C/O LAW OFFICE OF MARK RUBIN 4574 NORTH 1ST AVENUE #150 TUCSON, AZ 85718- | Scheduled Amount: Scheduled Type: Interest Rate: Adequate Protection Payment Monthly Amount: Last Four Digits of Account Number: Description: Claim Status: | $ 0.00 Unsecured 0.00 % $ 0.00 CV2009-036153 UNFILED CLAIM/NOTICE ONLY Claim Not Filed |
| 34 | 213 | **HOMEQ SERVICING** P.O. BOX 13327 ROANOKE, VA 24040- | Scheduled Amount: Scheduled Type: Interest Rate: Adequate Protection Payment Monthly Amount: Last Four Digits of Account Number: Description: Claim Status: | $ 0.00 Unsecured 0.00 % $ 0.00 5547 UNFILED CLAIM/NOTICE ONLY Claim Not Filed |
| 34 | 214 | **HOMEQ** P.O. BOX 13716 SACRAMENTO, CA 95853- | Scheduled Amount: Scheduled Type: Interest Rate: Adequate Protection Payment Monthly Amount: Last Four Digits of Account Number: Description: Claim Status: | $ 0.00 Unsecured 0.00 % $ 0.00 6930 UNFILED CLAIM/NOTICE ONLY Claim Not Filed |
| 34 | 215 | **HSBC RETAIL SERVICES** P.O. BOX 60107 CITY OF INDUSTRY, CA 91716-0107 | Scheduled Amount: Scheduled Type: Interest Rate: Adequate Protection Payment Monthly Amount: Last Four Digits of Account Number: Description: Claim Status: | $ 0.00 Unsecured 0.00 % $ 0.00 0420 UNFILED CLAIM/NOTICE ONLY Claim Not Filed |
| 34 | 216 | **JACKSON WHITE P.C.** | Scheduled Amount: | $ 0.00 |

| PAYMENT SEQUENCE | Claim No. | Creditor | | |
|---|---|---|---|---|
| | | 40 N. CENTER ST., STE. 200<br>MESA, AZ 85201-<br>(480) 464-1111 | Scheduled Type:<br>Interest Rate:<br>Adequate Protection Payment Monthly Amount:<br>Last Four Digits of Account Number:<br>Description:<br>Claim Status: | Unsecured<br>0.00 %<br>$ 0.00<br>CV2009093931<br>UNFILED CLAIM/NOTICE ONLY<br>Claim Not Filed |
| 34 | 217 | **LAW OFFICE OF MITCHELL N. KAY**<br>P.O. BOX 9006<br>COUNSEL FOR CREDITOR<br>SMITHTOWN, NY 11787- | Scheduled Amount:<br>Scheduled Type:<br>Interest Rate:<br>Adequate Protection Payment Monthly Amount:<br>Last Four Digits of Account Number:<br>Description:<br>Claim Status: | $ 0.00<br>Unsecured<br>0.00 %<br>$ 0.00<br>CV2009-036153<br>UNFILED CLAIM/NOTICE ONLY<br>Claim Not Filed |
| 34 | 218 | **MORTGAGE SERVICE CENTER**<br>4001 LEADENHALL RD.<br>MT. LAUREL, NJ 08054- | Scheduled Amount:<br>Scheduled Type:<br>Interest Rate:<br>Adequate Protection Payment Monthly Amount:<br>Last Four Digits of Account Number:<br>Description:<br>Claim Status: | $ 0.00<br>Unsecured<br>0.00 %<br>$ 0.00<br>9540<br>UNFILED CLAIM/NOTICE ONLY<br>Claim Not Filed |
| 34 | 219 | **SEARS / CBSD**<br>P.O. BOX 6189<br>SIOUX FALLS, SD 57117- | Scheduled Amount:<br>Scheduled Type:<br>Interest Rate:<br>Adequate Protection Payment Monthly Amount:<br>Last Four Digits of Account Number:<br>Description:<br>Claim Status: | $ 0.00<br>Unsecured<br>0.00 %<br>$ 0.00<br>5049<br>UNFILED CLAIM/NOTICE ONLY<br>Claim Not Filed |
| 34 | 220 | **SOVEREIGN BANK**<br>865 BROOK STREET<br>ROCKY HILL, CT 06067- | Scheduled Amount:<br>Scheduled Type:<br>Interest Rate:<br>Adequate Protection Payment Monthly Amount:<br>Last Four Digits of Account Number:<br>Description:<br>Claim Status: | $ 0.00<br>Unsecured<br>0.00 %<br>$ 0.00<br>6174<br>UNFILED CLAIM/NOTICE ONLY<br>Claim Not Filed |
| 34 | 221 | **TARGET NB**<br>P.O. BOX 673<br>MINNEAPOLIS, MN 55440- | Scheduled Amount:<br>Scheduled Type:<br>Interest Rate:<br>Adequate Protection Payment Monthly Amount:<br>Last Four Digits of Account Number:<br>Description:<br>Claim Status: | $ 0.00<br>Unsecured<br>0.00 %<br>$ 0.00<br>4352<br>UNFILED CLAIM/NOTICE ONLY<br>Claim Not Filed |
| 34 | 222 | **TARGET NB**<br>P.O. BOX 673<br>MINNEAPOLIS, MN 55440- | Scheduled Amount:<br>Scheduled Type:<br>Interest Rate:<br>Adequate Protection Payment Monthly Amount:<br>Last Four Digits of Account Number:<br>Description:<br>Claim Status: | $ 0.00<br>Unsecured<br>0.00 %<br>$ 0.00<br>4352<br>UNFILED CLAIM/NOTICE ONLY<br>Claim Not Filed |
| 34 | 223 | **THD / CBSD**<br>P.O. BOX 6497<br>SIOUX FALLS, SD 57117- | Scheduled Amount:<br>Scheduled Type:<br>Interest Rate:<br>Adequate Protection Payment Monthly Amount:<br>Last Four Digits of Account Number:<br>Description:<br>Claim Status: | $ 0.00<br>Unsecured<br>0.00 %<br>$ 0.00<br>6035<br>UNFILED CLAIM/NOTICE ONLY<br>Claim Not Filed |

| 34 | 224 | ASU TEMPE CAMPUS | Scheduled Amount: | $ 0.00 |
|---|---|---|---|---|
| | | UNIVERSITY DRIVE & MILL AVENUE | Scheduled Type: | Unsecured |
| | | TEMPE, AZ 85287- | Interest Rate: | 0.00 % |
| | | | Adequate Protection Payment Monthly Amount: | $ 0.00 |
| | | | Last Four Digits of Account Number: | |
| | | | Description: | UNFILED CLAIM/NOTICE ONLY |
| | | | Claim Status: | Claim Not Filed |

*End of Trustee's Notice of Allowed Claims and Post-Confirmation Report on Chapter 13 Plan, Claims and Debts*
*In re Knudson, Case No. 2-10-bk-00181 RJH*